# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTONIA AGUILAR MALDONADO<br><br>Petitioner,<br><br>v.<br><br>Joshua Marx, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; U.S. Dept. of Homeland Security; Eric Tollefson, Kandiyohi County Jail Sheriff.<br><br>Respondents. | Case No. 25-cv-3142 (SRN/SGE)<br><br><br><br>**ORDER** |

Petitioner Antonia Aguilar Maldonado has filed a Petition for a Writ of Habeas Corpus (Dkt. 1), and a Motion for a Temporary Restraining Order ("TRO") (Dkt. 2). She alleges that she is being detained in violation of the Constitution and laws of the United States. Among other relief she seeks immediate release, and an order that she not be removed from the United States pending these proceedings. It appears from the docket and Petitioner's filing that the United States is aware of the filings in this matter, as the Respondents were served with a summons on August 6, 2025. (Dkt. 7). In the interest of reaching a swift resolution of the issues raised by the Motion for TRO, the Court enters the following Order:

1) Counsel for the parties are required to meet and confer immediately regarding the following topics:

    a. Whether an interim agreement can be entered about any of the requested substantive relief.

    b. An appropriate briefing and hearing schedule for resolution of the TRO Motion.

The Court will hold a Zoom audio-only status conference at 1:30 pm on Thursday, August 7, 2025, to discuss these matters.

**IT IS SO ORDERED.**

Date: August 7, 2025                        <u>s/ Shannon G. Elkins</u>
                                             Shannon G. Elkins
                                             United States Magistrate Judge