# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Antonia Aguilar Maldonado,<br><br>Petitioner,<br><br>v.<br><br>Joshua Marx, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security, in her official capacity; U.S. Dept. of Homeland Security; Eric Tollefson, Kandiyohi County Jail Sheriff,<br><br>Respondents. | No. 25-cv-03142 (SRN/SGE)<br><br><br><br>NOTICE OF HEARING AND BRIEFING SCHEDULE |

Gloria Leticia Contreras Edin, Contreras Edin Law, PA, 663 University Ave. W., Ste. 200, Saint Paul, MN 55104, and Hannah Brown, 1907 E. Wayzata Blvd., Ste. 300, Wayzata, MN 55391, for Petitioner

Ana Voss, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

Petitioner Antonia Aguilar Maldonado has filed a Petition for a Writ of Habeas Corpus [Doc. No. 1] and a Motion for a Temporary Restraining Order ("TRO Motion") [Doc. No. 2], alleging that she is being detained in violation of the Constitution. She seeks immediate release, and an order restraining and enjoining Respondents from continuing to detain her and/or transferring her out of the District of Minnesota.

1

On August 7, 2025, Magistrate Judge Shannon Elkins held a status conference in this matter, at which Hannah Brown, counsel for Petitioner, and Ana Voss, counsel for Respondents, appeared. At the status conference, Ms. Brown informed the magistrate judge that Petitioner was appearing in immigration court on a pending asylum application this afternoon, August 7, 2025. The parties do not anticipate that the immigration court's ruling on the asylum application will issue for at least one month. In the meantime, Ms. Voss represented to Magistrate Judge Elkins that Petitioner will not be removed until after her appeal on the asylum application is complete, in the event the immigration court denies it.

In light of these representations, and to expedite the resolution of Petitioner's TRO Motion, the Court issues the following notice of hearing and briefing schedule:

1. Respondents shall file their answer to the Petition and response to Petitioner's TRO Motion no later than close of business on **Friday, August 8, 2025**.

2. Petitioner may file a reply no later than close of business on **Monday, August 11, 2025**.

3. A hearing on Petitioner's TRO Motion will be held on **Tuesday, August 12, 2025, at 2:00 p.m.**, in Courtroom 7B, Warren Burger Federal Building and U.S. Courthouse, 316 N. Robert St., St. Paul, MN 55105.

**IT IS SO ORDERED**.

Dated: August 7, 2025            s/Susan Richard Nelson
                                 SUSAN RICHARD NELSON
                                 United States District Judge