UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Antonia Aguilar Maldonado,<br><br>Petitioner,<br><br>v.<br><br>Samuel J. Olson, Acting Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security; U.S. Dept. of Homeland Security; Eric Tollefson, Kandiyohi County Jail Sheriff,<br><br>Respondents. | No. 25-cv-03142 (SRN/SGE)<br><br><br>**ORDER** |

Gloria Leticia Contreras Edin, Contreras Edin Law, PA, 663 University Ave. W., Ste. 200, Saint Paul, MN 55104, and Hannah Brown, 1907 E. Wayzata Blvd., Ste. 300, Wayzata, MN 55391, for Petitioner

Ana Voss, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

In its August 15, 2025 Order [Doc. No. 17], the Court granted Petitioner Antonia Aguilar Maldonado's Motion for a Preliminary Injunction. Because the August 15, 2025 Order granted the same relief that Petitioner had requested in her Petition for Writ of Habeas Corpus, the Court hereby **DENIES AS MOOT** the Petition for Writ of Habeas Corpus [Doc. No. 1].

1

Dated: February 1, 2026                     s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge

CASE 0:25-cv-03142-SRN-SGE   Doc. 18   Filed 02/01/26   Page 2 of 2